UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ware Bey,

                    Plaintiff(s),

            v.

Adams,

                    Defendant(s).

26-CV-914 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

      Pursuant to the Court's Memorandum Opinion and Order, ECF No. 46, Plaintiff was given an opportunity to file a letter motion, not to exceed 3 pages, requesting leave to amend the Complaint, to the extent she can replead her allegations to raise new claims that are not barred by the doctrine of res judicata, by March 23, 2026. To date, Plaintiff has not filed anything to this effect. As a courtesy, that deadline is hereby **EXTENDED**, *nunc pro tunc*, to **April 6, 2026**. Failure to file a letter requesting leave to amend will result in **dismissal**, **with prejudice**, of the Plaintiff's claims alleging violations of Title VII; ADA; 18 U.S.C. §§ 241 & 242 (conspiracy against rights); 34 U.S.C. § 12291 (stalking); 18 U.S.C. § 2511 (interception and disclosure of communications); RICO; 18 U.S.C. §§ 1584(a) and 1589 (human trafficking and involuntary servitude); domestic terrorism; denial of hazard pay; negligent hiring, training, and retention; premeditated murder and hate crimes; and the wrongful death claim arising from the death of Plaintiff's father.

      Further, in that same Memorandum Opinion and Order, Plaintiff was warned that the Complaint—in its entirety—may be dismissed if she files frivolous papers and/or repeatedly violates court orders. One such Order was issued on March 18, 2026, ECF No. 48, directing Plaintiff to file all future requests for relief on the docket rather than by email or telephone. Since that date, Plaintiff has emailed request for relief directly to the Court and has also made phone calls to Chambers. ECF No. 52. Plaintiff is reminded that failure to comply with this directive will result in sanctions.

      SO ORDERED.

Dated: March 25, 2026
      New York, New York

_____
            DALE E. HO
      United States District Judge