UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKY WARE BEY,

                Plaintiff,

        v.

ERIC ADAMS, et al.,

                Defendants.

26-CV-914 (DEH)

<u>ORDER</u>

DALE E. HO, United States District Judge:

On March 27, 2026, Plaintiff filed an "Affirmation Request to Amend Complaint" which states in its entirety:

> The Plaintiff, Vicky Ware Bey, In Proper Persona affirms that she is personally knowledgeable of all the facts and circumstances involved in this mater request to amend her complaint and to have access the courts CM / ECF to file her documents.

ECF No. 55. The Court construes this as a motion to amend. Pursuant to the Court's March 18, 2026 Memorandum Opinion and Order, ECF No. 46, and March 25, 2026 Order, ECF No. 53, Plaintiff was directed to file a letter motion, not to exceed 3 pages, requesting leave to amend the complaint by April 6, 2026, and <u>was instructed to include as an exhibit a copy of the amended complaint</u>.

Plaintiff has not included an exhibit with a copy of the amended complaint. By **April 13, 2026**, Plaintiff shall refile her letter motion to amend, not to exceed 3 pages, and **must include** a copy of her amended complaint. If Plaintiff fails to submit to the court a copy of the amended complaint, the Court will deny Plaintiff's March 27, 2026 motion to amend with prejudice.

Additionally, as detailed in the Court's March 18, 2026 endorsement denying a previous motion for ECF access, ECF No. 48, Plaintiff is directed to the Office of Pro Se Litigation for proper procedures with respect to ECF access.

Plaintiff is reminded that, unless otherwise directed by the Court, Plaintiff shall not file any other papers or motions in the interim.  Plaintiff is further reminded that all requests for relief must be filed on the docket rather than by email or telephone.

SO ORDERED.

Dated: March 31, 2026
New York, New York

_____
DALE E. HO
United States District Judge