**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2026

VICKY WARE BEY,

                         **Plaintiff,**

          -against-

ERIC ADAMS, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

               **26-CV-00914 (DEH)(SN)**

               **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Tuesday, April 7, 2026, Judge Dale E. Ho referred this case to my docket for general pretrial supervision. Plaintiff, proceeding *pro se*, filed an Amended Complaint on Wednesday, April 1, 2026. ECF No. 58. Pursuant to Judge Ho's March 18, 2026 Opinion and Order, Defendants shall answer or otherwise respond to the Amended Complaint by no later than Monday, June 1, 2026. See ECF No. 46 at 9. Defendants shall address only the surviving claims noted in Judge Ho's April 7, 2026 Order. See ECF No. 63. Following Defendants' submission, the Court will determine whether an initial pretrial conference is necessary. Until then and unless instructed by the Court, no additional filings from Plaintiff are necessary at this time.

**SO ORDERED.**

                                                  _____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 8, 2026
               New York, New York