UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICKY WARE BEY,

                  **Plaintiff,**

        -against-

ERIC ADAMS, et al.,

                  **Defendants.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 4/17/2026

26-CV-00914 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On Thursday, March 16, 2026, Plaintiff, proceeding *pro se*, filed a request to vacate the Court's prior orders dismissing several of Plaintiff's claims *sua sponte*. The Court will not reconsider its prior orders and DENIES Plaintiff's request to vacate as meritless. If Plaintiff is aggrieved by the Court's orders, she may file an appeal to the Court of Appeals, at the appropriate time and as permitted under the rules and statutes governing any such appeal.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      April 17, 2026
               New York, New York