UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

VICKY WARE BEY,

                              **Plaintiff,**                          26-CV-00914 (DEH)(SN)

              -against-                                              <u>ORDER</u>

ERIC ADAMS, et al.,

                              **Defendants.**


-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     Plaintiff, proceeding *pro se*, filed a request for a "pretrial preliminary conference" for June 10, 2026. See ECF No. 89. Plaintiff's request for a conference is DENIED. Plaintiff notes in her request that she was granted a default judgment by the Court on March 9, 2026. This claim is incorrect. As the Court noted in its prior order, the Court did not previously grant Plaintiff's request for default judgment and Plaintiff appears to be mistaking the Clerk of Court approving her filing as to form on March 9, 2026, as a grant of default judgment. Defendants have been ordered to answer Plaintiff's Amended Complaint by no later than June 1, 2026. As noted before, no additional filings from Plaintiff are necessary at this time. Plaintiff is warned that the Court may summarily deny future applications seeking relief on the same grounds, and Plaintiff risks sanctions if she continues to disregard the Court's orders.

     Separately, Plaintiff requested permission for electronic case filing. See ECF No. 88. Plaintiff did not file the appropriate form. As the Court previously noted at ECF No. 3, Plaintiff may request permission to file documents electronically by completing and filing the form

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2026

2

available here: https://nysd.uscourts.gov/sites/default/files/2019-04/2012-

prosemotionecffiling-final.pdf. If Plaintiff is also seeking to receive notifications of any case

filings by email rather than by mail, she must also complete and file the Consent to Electronic

Service Form located here: https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-

Se_Eservice-form.pdf.

**SO ORDERED.**

_____

SARAH NETBURN
United States Magistrate Judge

DATED:      May 28, 2026
            New York, New York