**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

VICKY WARE BEY,

                                    **Plaintiff,**

                    -against-

ERIC ADAMS, et al.,

                                    **Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/2/2026

26-CV-00914 (DEH)(SN)

<u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

On May 27, 2026, multiple motions and notices filed by Plaintiff, proceeding *pro se*, were docketed. <u>See</u> ECF Nos. 91–100. Plaintiff again seeks entry and enforcement of a judgment against Defendants. Plaintiff's motions for an entry of a judgment against Defendants are DENIED at this time. As the Court has already explained numerous times, Plaintiff is incorrect that Defendants are in default. To be clear, the Court has never granted a default judgment against Defendants in this action. Plaintiff's filings claiming that a judgment was entered in favor of Plaintiff are invalid and do not constitute a default judgment. Plaintiff is again advised to refrain from filing motions that have been repeatedly denied. Plaintiff risks sanctions if she continues to abuse the judicial process.

Further, on June 1, 2026, Defendants filed a motion to dismiss the Amended Complaint. <u>See</u> ECF No. 101. Plaintiff shall file her opposition to Defendants' motion to dismiss by no later than Wednesday, July 1, 2026. Plaintiff is strongly encouraged to contact the Federal *Pro Se* Legal Assistance Project for support with her opposition by calling (212) 382-4794 or emailing fedprosdny@nycbar.org. Defendants may file a reply by no later than Friday, July 10, 2026.

Separately, on June 1, 2026, Defendants filed a motion to stay discovery while their motion to dismiss remains pending. See ECF No. 102. By no later than Monday, June 15, 2026, Plaintiff may file a brief response letter (not to exceed two pages) specifically addressing Defendants' motion to stay discovery.

The Clerk of Court is respectfully requested to terminate the motion filed at ECF No. 92.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       June 2, 2026
             New York, New York

2